

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER – EL PASO, | § | No. 08-19-00201-CV |
| | § | Appeal from the |
| Appellant, | § | 171st District Court |
| v. | § | of El Paso County, Texas |
| DR. LINDSAY NIEHAY, | § | (TC# 2017DCV2558) |
| Appellee. | § | |

**O R D E R**

The motion to strike is held in abeyance and will be considered along with the merits of the appeal. The motion to file the sur-reply brief is granted. Further, Appellee's sur-reply brief has this day been filed.

IT IS SO ORDERED this 16th day of January, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez, J., and Ferguson, J. (Judge)
Ferguson, J. (Judge), sitting by assignment